IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, et al.<br>　　　　　　　　Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:21-CV-191 |

## **NOTICE**

On November 2, 2021, Plaintiffs moved the Court to enforce the preliminary injunction, requesting, *inter alia*, that the Court direct Defendants to expedite consideration and approval of Plaintiffs' Attachment T to the Special Terms and Conditions of the January 15, 2021, Demonstration Project Extension. ECF No. 75. On December 22, 2021, subsequent to an extended collaborative process between the parties, CMS approved Texas's revised Attachment T. Ex. A. Consequently, the relief requested by Plaintiffs as to Attachment T is now moot.

Dated: December 23, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　NICHOLAS J. GANJEI
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　MICHELLE BENNETT
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Keri L. Berman*

1

                KERI L. BERMAN
                Trial Attorney
                United States Department of Justice
                Civil Division
                1100 L Street NW, Rm. 11206
                Washington, DC 20005
                Tel: (202) 305-7538
                Email: Keri.L.Berman@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED: December 23, 2021

    /s/  *Keri L. Berman*
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division
1100 L Street NW, Rm. 11206
Washington, DC 20005
Tel: (202) 305-7538
Email: Keri.L.Berman@usdoj.gov