DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop: S2-26-12
Baltimore, Maryland 21244-1850



**State Demonstrations Group**

December 22, 2021

Stephanie Stephens
State Medicaid Director
Texas Health and Human Services Commission
4900 Lamar Boulevard
MC: H100
P.O. Box 13247
Austin, Texas 78751

Dear Ms. Stephens:

The Centers for Medicare & Medicaid Services (CMS) is approving the Public Health Providers Charity Care Pool (PHP-CCP) Payment Protocol for Demonstration Year (DY) 11 for Texas' section 1115(a) demonstration (Project number 11-W00278/6), entitled "Texas Healthcare Transformation and Quality Improvement Program (THTQIP)."  For this demonstration, DY 11 is federal fiscal year 2022.  The PHP-CCP Payment Protocol for DY 11 and associated Application Cost Report/Tool will be Attachment T to Special Terms and Conditions (STCs) of the THTQIP demonstration.  As required by STC 39, this PHP-CCP Payment Protocol establishes the rules and guidelines for the state to claim federal financial participation (FFP) for the PHP-CCP for DY 11.  The associated Application Cost Report/Tool for DY 11 collects information needed to determine the eligibility of providers to participate in the PHP-CCP and their eligible uncompensated costs.

Your project officer for this demonstration is Ms. Diona Kristian. She is available to answer any questions concerning your section 1115 demonstration.  Ms. Kristian's contact information is:

> Center for Medicare & Medicaid Services
> Center for Medicaid & CHIP Services
> Mail Stop: S2-25-26
> 7500 Security Boulevard
> Baltimore, MD 21244-1850
> Telephone: (410) 786-1102
> E-mail: Diona.Kristian@cms.hhs.gov

Page 2.  Ms. Stephanie Stephens

                                           Sincerely,


                                           Angela D. Garner
                                           Director, Division of System Reform Demonstrations

cc: Ford Blunt, State Monitoring Lead, Medicaid and CHIP Operations Group