## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:** 3/9/2022

DISTRICT JUDGE**COURT REPORTER:** Susan Zielie

**J. Campbell Barker****COURTROOM DEPUTY:** Nicole Cadenhead

| Case No. 6:21-cv-191 | Start Time: 10:05 am |
| --- | --- |
| State of Texas et al. v. Chiquita Brooks-LaSure et al. | End Time: 12:26 pm |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
| --- | --- |
| Lanora Pettit<br>Jeffrey White<br>Leif Olson | Keri Berman |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES:   Hearing on [75] Motion to enforce preliminary injunction |
| --- | --- |
| 10:05 am | The court called the case. |
| 10:06 am | Jeff White, Lanora Petit and Leif Olson announced for the plaintiffs. Keri Berman announced for the defendants. |
| 10:07 am | The court discussed the motions with the parties and announced the court's understanding of the issues in the motions. |
| 10:10 am | Mr. White addressed the court. |
| 10:13 am | Ms. Berman addressed the court. |
| 10:16 am | Mr. White addressed the court. |
| 10:16 am | The court questioned counsel about the remaining disputes. |
| 10:17 am | Ms. Berman responded. |

CASE NO. 6:21-cv-191      DATE: 3/9/2022
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   Hearing on [75] Motion to enforce preliminary injunction |
|---|---|
| 10:18 am | The court questioned the parties about whether the parties have met all timing requirements. |
| 10:19 am | Mr. White responded. |
| 10:22 am | The court reviewed the preliminary injunction order and the programs that have not been implemented. |
| 10:26 am | Mr. White responded. |
| 10:27 am | Ms. Berman responded. |
| 10:29 am | The court further addressed the dispute at issue regarding the parties' efforts to work toward a resolution and asked the parties to address the relevant statues, regulations, taxes, payments, and good-faith disputes. The parties responded to the court's various questions. |
| 11:45 am | The court asked the parties about the benefit of a court-appointed mediator. |
| 11:45 am | Mr. White responded and raised various timing arguments. |
| 11:52 am | The court asked about plaintiffs' argument regarding state directed payment programs. |
| 11:53 am | Mr. White responded. |
| 11:55 am | Ms. Berman responded. |
| 12:04 pm | The court asked Ms. Berman to respond regarding the level of collaborative work between the parties. |
| 12:05 pm | Ms. Berman responded. |
| 12:07 pm | The court asked Mr. White to address the timing of approval of SDPs. |
| 12:07 pm | Mr. White responded. |

| TIME: | MINUTES:   Hearing on [75] Motion to enforce preliminary injunction |
|---|---|
| 12:10 pm | Mr. White provided closing remarks and clarification. |
| 12:12 pm | The court again asked the parties whether there is any value to a court-appointed mediator and asked if the parties would be willing to submit a list of 3 mediator names. |
| 12:12 pm | Mr. White responded. |
| 12:13 pm | Ms. Berman responded and provided closing remarks and clarification. |
| 12:18 pm | The court asked Ms. Berman follow-up questions and Ms. Berman responded. |
| 12:26 pm | The court asked the parties if there were any other matters pending. |
| 12:26 pm | The parties do not have anything further. |
| 12:26 pm | Adjourned. |