UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00191

**State of Texas et al.,**
*Plaintiffs,*
v.
**Chiquita Brooks-LaSure et al.,**
*Defendants.*

# ORDER

In light of the notice (Doc. 100) that defendants filed on March 25, 2022, the parties are directed to file supplemental briefs, in letter format and no more than three pages in length. The supplemental letters should address the effect of the above-mentioned notice on Count 9, which alleges that CMS unlawfully withheld and unreasonably delayed agency action, as it relates to the first amended complaint (Doc. 54) and the pending Rule 12(c) motion for partial judgment on the pleadings (Doc. 67). The parties have until April 4, 2022, to file their supplemental letters.

*So ordered by the court on March 28, 2022.*

J. Campbell Barker
United States District Judge