UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00191

**State of Texas et al.,**
*Plaintiffs,*

v.

**Chiquita Brooks-LaSure et al.,**
*Defendants.*

# ORDER

On April 4, 2022, the parties each filed a supplemental letter (Docs. 103, 104), agreeing with each other that Count 9 of the first amended complaint (Doc. 54) is now moot and should be dismissed. The court construes the letters as a joint motion to dismiss Count 9. That motion is granted, and Count 9 is dismissed. Defendants' motion for partial judgment on the pleadings (Doc. 67) as to Count 9 is denied as moot.

*So ordered by the court on April 6, 2022.*

J. CAMPBELL BARKER
United States District Judge