# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:21-cv-00191-JCB |
| CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, *et al.*, | § § § § | |
| Defendants. | § § | |

## JOINT STATUS REPORT

The parties are negotiating language for a stipulation of dismissal. They anticipate filing that stipulation with the Court no later than May 6, 2021.

Dated April 29, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

LESLEY FRENCH
Chief of Staff

PATRICK SWEETEN
Deputy Attorney General for
Special Litigation

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700

Respectfully submitted.

JUDD E. STONE II
Solicitor General
*Lead Counsel*
Texas Bar No. 24076720
Judd.Stone@oag.texas.gov

LANORA C. PETTIT
Principal Deputy Solicitor General
Texas Bar No. 24115221

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Texas Bar No. 24088531

BENJAMIN D. WILSON
Deputy Solicitor General
Texas Bar No. 24084105

JEFFREY M. WHITE
Special Counsel
Texas Bar No. 24064380

Fax: (512) 474-2697

/s/ Leif A. Olson
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801

JACK B. DISORBO
Assistant Attorney General
Texas Bar No. 24120804

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
PRINCIPAL DEPUTY
ASSISTANT ATTORNEY GENERAL

BRIT FEATHERSTON
UNITED STATES ATTORNEY

MICHELLE BENNETT
ASSISTANT BRANCH DIRECTOR

/S/ KERI L. BERMAN
KERI L. BERMAN
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L STREET NW, RM. 11206
WASHINGTON, DC 20005
TEL: (202) 305-7538
EMAIL: KERI.L.BERMAN@USDOJ.GOV

*ATTORNEYS FOR DEFENDANTS*

### CERTIFICATE OF SERVICE

I certify that on April 29, 2022, this document was filed with the Court's CM/ECF system, which serves it upon all counsel of record.

/s/ Keri Berman

### CERTIFICATE OF CONFERENCE

I certify that on April 29, 2022, I conferred with Defendants' counsel Keri Berman, who informed me that the Defendants agree to this joint filing.

/s/ Leif A. Olson