# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:21-cv-00191-JCB |
| CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, *et al.*, | § § § § § | |
| Defendants. | | |

## STIPULATION OF DISMISSAL

Through the signatures of their counsel below, the parties stipulate to the dismissal of this case with each party to bear its own costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

To obtain this dismissal, the Defendants have withdrawn their April 16, 2021 letter. Defendants have further represented to Texas and the Texas Health and Human Services Commission that "CMS will hereafter consider Texas's THTQIP demonstration to be approved as extended and governed by the Special Terms and Conditions (STCs) that CMS approved on January 15, 2021," and "CMS will not re-issue a substantially similar letter [to the April 16, 2021, letter] or take any future action to rescind CMS's January 15, 2021 approval of the THTQIP demonstration project based on failure to comply with public notice and comment requirements," as reflected in the April 22, 2022, letter from Chiquita Brooks-LaSure to Stephanie Stephens, ECF No. 106-1. CMS also previously argued that the January 15, 2021 approval of the THTQIP demonstration project was void without any additional action to rescind or invalidate it by CMS

or any other entity. CMS no longer maintains that position.  As represented in the April 22nd letter, CMS will not take any future action to rescind the January 2021 approval based on failure to comply with public notice and comment requirements. The Defendants acknowledge that Texas and the Texas Health and Human Services Commission have relied on these representations in agreeing to this Stipulation of Dismissal, which they would not have agreed to but for that representation.

Dated May 10, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

LESLEY FRENCH
Chief of Staff

PATRICK SWEETEN
Deputy Attorney General for Special Litigation

JUDD E. STONE II
Solicitor General
*Lead Counsel*
Texas Bar No. 24076720
Judd.Stone@oag.texas.gov

LANORA C. PETTIT
Principal Deputy Solicitor General
Texas Bar No. 24115221

WILLIAM T. THOMPSON

Respectfully submitted.

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIT FEATHERSTON
United States Attorney

MICHELLE BENNETT
Assistant Branch Director

/s/ *Keri L. Berman*
KERI L. BERMAN
Trial Attorney
Keri.L.Berman@usdoj.gov

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L Street NW, Rm. 11206
Washington, D.C. 20005
(202) 305-7538

*Counsel for Defendants*

Deputy Chief, Special Litigation Unit
Texas Bar No. 24088531

BENJAMIN D. WILSON
Deputy Solicitor General
Texas Bar No. 24084105

JEFFREY M. WHITE
Special Counsel
Texas Bar No. 24064380

/s/ *Leif A. Olson*
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801

JACK B. DISORBO
Assistant Attorney General
Texas Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2022, this document was filed with the Court's CM/ECF system, which serves it upon all counsel of record.

/s/ *Keri L. Berman*